IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HAYNES INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PLAIN GREEN, LLC,<br><br>Defendant. | CV-21-28-GF-BMM<br><br><br><br>**ORDER** |

Defendant has moved for an order allowing Virginia A. Gibson, Esq., Kendyl E. Gilmore, Esq., and Alexander B. Bowerman, Esq. to appear *pro hac vice* in this case with Matthew Hayhurst, Esq. designated as local counsel. The applications of Ms. Gibson, Ms. Gilmore and Mr. Bowerman appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Ms. Gibson, Ms. Gilmore and Mr. Bowerman to appear on its behalf (Docs. 10, 11 and 12) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Gibson, Ms. Gilmore and Mr. Bowerman must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Gibson, Ms. Gilmore and Mr. Bowerman, it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Ms. Gibson, Ms. Gilmore and Mr. Bowerman, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 1st day of April, 2021.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court