IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HAYNES INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PLAIN GREEN, LLC,<br><br>Defendant | CV-21-28-GF-BMM<br><br>**ORDER** |

Defendant has moved for an order allowing Wyatt Rosette, Esq., Robert Rosette, Esq., Brett Stavin, Esq. and Chase Goodnight, Esq. to appear *pro hac vice* in this case with Matthew Hayhyrst, Esq. designated as local counsel. The applications of Mr. W. Rosette, Mr. R. Rosette, Mr. Stavin and Mr. Goodnight appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. W. Rosette, Mr. R. Rosette, Mr. Stavin and Mr. Goodnight appear to appear on its behalf (Docs. 44, 45, 46 and 47) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.     Mr. W. Rosette, Mr. R. Rosette, Mr. Stavin and Mr. Goodnight appear must do their own work.  They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.     Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.     Admission is personal to Mr. W. Rosette, Mr. R. Rosette, Mr. Stavin and Mr. Goodnight appear, it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Mr. W. Rosette, Mr. R. Rosette, Mr. Stavin and Mr. Goodnight, within fifteen (15) days from the date of this Order,  an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 9th day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court