# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HAYNES INVESTMENTS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>PLAIN GREEN, LLC,<br><br>*Defendant*. | Case No.: CV-21-28-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, each party to bear their own attorneys' fees and costs of suit.

DATED this 29th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court